FILED'10 NOV 9 16:08USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTY LYNN NELSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Civ. No.09-6191-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation [#22], and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error in the Report and Recommendation. Magistrate Judge Clarke's Report

1 - ORDER

and Recommendation (#22) is adopted. The Commissioner's decision is affirmed.

    IT IS SO ORDERED.

    DATED this \_\_\_9\_\_ day of November, 2010.

                      OWEN M. PANNER  
                      U.S. DISTRICT JUDGE

2 - ORDER